**GERAGOS & GERAGOS**
A PROFESSIONAL CORPORATION
LAWYERS
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600
GERAGOS@GERAGOS.COM

MARK J. GERAGOS SBN 108325
(mark@geragos.com)
BEN J. MEISELAS SBN 277412
(meiselas@geragos.com)

Local Counsel for Plaintiff and the Proposed Class

Brian J. Wanca
(bwanca@,andersonwanca.com)
Ryan M. Kelly
(rkelly@andersonwanca.com)
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
*[Pro Hac Vice]*

Counsel for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> LORDEX, INC. and JOHN DOES 1-10, <br><br> Defendants. | **Case No.: 2:14-cv-07771-AB-MAN** <br><br> **NOTICE OF VOLUNTARY DISMISSL WITHOUT PREJUDICE** |

1  Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, ERIC B. FROMER
2  CHIROPRACTIC, INC., hereby dismisses Defendant, LORDEX, INC., without
3  prejudice.

5  DATED: March 3, 2015  **ANDERSON + WANCA**

6  By: /s/ Brian J. Wanca
7  BRIAN J. WANCA
   RYAN M. KELLY
8  Attorneys for Plaintiff, ERIC B.
   FROMER CHIROPRACTIC, INC., a
9  California corporation, individually and
10 as the representative of a class of
   similarly-situated persons

GERAGOS & GERAGOS, APC
HISTORIC ENGINE CO. NO. 28
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411

-2-